# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

**United States of America,**

                        **Plaintiff,**

        **vs.**                                            **No. 5:19-CR-11**

**Gary D. Mullins, Jr.,**

                        **Defendant.**

---

**I.**            **Procedural Background:**

1.  On October 29, 2019, the defendant was found not guilty by reason of insanity of three counts of threatening federal agents by this Court after a bench trial on stipulated facts. (Doc. 49).

2.  On November 22, 2019, this Court ordered that the defendant be evaluated for dangerousness by the Bureau of Prisons pursuant to 18 U.S.C. § 4243. (Doc. 52).

3.  The purpose of this evaluation is to determine whether the defendant is dangerous to the person or property of another due to his mental illness. The burden of proof is on the defendant to show by clear and convincing evidence that he is not a danger. 18 U.S.C. § 4243(d).

4.  On December 4, 2019, in a status conference in this matter, counsel for the defendant stated that she is arranging for a non-government psychologist to conduct an evaluation of the defendant on an expedited basis and consents to an extension of time of 45 days from December 4, 2019, or until January 21, 2020, for the defense's examination to take place.

5. Government counsel notes that due to a backlog of defendants awaiting psychological examinations, it will be difficult for the Bureau of Prisons to complete its evaluation within that period of time. That, however, does not alter the statutory requirements for the examination.

6. The government contends that regardless of the opinion as to dangerousness of the expert retained by the defense, the defendant should remain in custody pending an in-patient examination by the Bureau of Prisons.

7. On November 26, 2019, the defendant was designated to be evaluated at the Federal Medical Facility at Butner (FMC Butner), North Carolina, and the USMS submitted the transportation request for defendant the same date.

**IT IS ORDERED** that:

a) pursuant to 18 U.S.C. §§ 4243 & 4246(a), the defendant shall remain in the custody of the Attorney General for purposes of evaluating whether he is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another;

b) the court notes that the Bureau of Prisons has designated the defendant to be examined at FMC Butner;

c) the United States Attorney's Office, the United States Marshals Service and the Bureau of Prisons shall expedite the transportation, evaluation and return of the defendant to this district so that the evaluation will be conducted within the timeframe contemplated by 18 U.S.C. §§ 4243, 4247;

d) the defendant shall be transported to FMC Butner, which transportation shall be prioritized, and, absent extraordinary circumstances, no extensions to delay his transport are to be

granted;

e) as set forth in 18 U.S.C. § 4247(b), such examination shall not exceed 45 days from the date the defendant arrives at FMC Butner, unless the director of the facility conducting the examination presents good cause for a 30-day extension necessary to observe and evaluate the defendant;

f) the government shall file bi-weekly status reports with the Court after consulting with FMC Butner as to the status of the defendant's evaluation;

g) upon completion of the examination of the defendant, the report of the examining psychologist and/or psychiatrist shall be sent to this Court, with appropriate electronic copies sent via e-mail to the defendant's counsel and the government's counsel.

SO ORDERED this 5th day of December, 2019.


S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA